## CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** SEYBERT, J.          **DATE:** 11-12-2004 **TIME:** 2:30

**DOCKET NUMBER:** CR-00-1309

**DEFT. NAME:** HOWARD FINGER                           **DFT. #:** _____
    X PRESENT, __ NOT PRESENT, __ IN CUSTODY, X ON BAIL

   **ATTY FOR DEFT.:** JOEL RUDIN                __ CJA
         X PRESENT, __ NOT PRESENT    X RETAINED

**A.U.S.A.:** WAYNE BAKER            **DEPUTY CLERK:** C. BARAN

**U.S.P.O.:** A. JINGELESKI       **REPORTER:** M. STEIGER

_X_  CASE CALLED FOR SENTENCE. COUNSEL FOR ALL SIDES PRESENT.

_X_  STATEMENTS OF DEFT AND COUNSEL HEARD.

_X_  DEFENDANT OBJECTIONS TO THE PSR ARE NOTED.

_X_  RULINGS RE: GUIDELINES ARE ENTERED ON THE RECORD.

___  PSR ADOPTED.

_X_  PSR AND ADDENDA ADOPTED, AS AMENDED.

___  GUIDELINES ARE ADOPTED.

_X_  GUIDELINES ADOPTED, AS AMENDED.

_X_  THE DEFENDANT IS SENTENCED AS FOLLOWS:

_X_  THE DEFENDANT SHALL BE SENTENCED TO PROBATION FOR A PERIOD OF
     _5_ YEARS ON COUNT 1.

_X_  SPECIAL CONDITIONS OF PROBATION:

_X_  THE DEFENDANT SHALL NOT POSSESS A FIREARM.

_X_  OTHER: THE DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURE TO
     THE PROBATION DEPT. AND PAY RESTITUTION OF $19,730,315.00.
     THE DEFENDANT SHALL COMPLY WITH TERMS OF CONSENT
     ORDER OF FORFEITURE ISSUED 6-28-2001.

___  THE DEFENDANT SHALL BE FINED THE SUM OF $          .

_X_  THE FINE SHALL BE WAIVED DUE TO THE DEFENDANT'S INABILITY TO PAY SUCH A FINE.

_X_  SPECIAL ASSESSMENT OF $100 IS IMPOSED ON EACH COUNT FOR A TOTAL ASSESSMENT OF    100.00      .

___  THE DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE OF THE GUIDELINES IS HEREBY:

___  DECISION ENTERED ON THE RECORD.

___  ON MOTION OF THE AUSA THE REMAINING COUNTS OF THE INDICTMENT AND/OR SUPERSEDING INDICTMENT ARE HEREBY DISMISSED.

_X_  THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.

___  OTHER :